IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STATE FARM FIRE AND CASUALTY          CIVIL ACTION
COMPANY

v.                                    NO. 15-6131

MORECO CONSTRUCTION, INC.

## ORDER

**AND NOW,** this 17th day of March 2016, upon consideration of Plaintiff's Motion for Summary Judgment on its declaratory judgment claim concerning its duty to defend or indemnify (ECF Doc. No 18), Defendant's opposition (ECF Doc. No. 20), and Plaintiff's reply (ECF Doc. No. 22), and for the reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Motion (ECF Doc. No.18) is **GRANTED** as there is no duty to defend or indemnify under the insurance policy.

We grant Plaintiff a declaratory judgment of no duty to defend or indemnify the Defendant under its insurance policy.

The Clerk of Court shall **close** this matter.

KEARNEY, J.